UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM SUCKOW,

      Plaintiff,                                  Case No. 18-cv-10515
                                                 Hon. Matthew F. Leitman

v.

DON MARTELL CONCRETE, LLC, *et al.*,

      Defendants.

_____/

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS (ECF No. 13)

The motion by Lee C. Patton and Sullivan, Ward, Asher & Patton, PC to withdraw as counsel for Defendants is **GRANTED**. The court will convene a status conference to discuss next steps.

**IT IS SO ORDERED**.

                                   /s/Matthew F. Leitman
                                   MATTHEW F. LEITMAN
                                   UNITED STATES DISTRICT JUDGE

Dated: January 9, 2020

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 9, 2020, by electronic means and/or ordinary mail.

                                   s/Holly A. Monda
                                   Case Manager
                                   (810) 341-9764